UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 13-12364-GAO

OXFORD GLOBAL RESOURCES, INC.,
Plaintiff,

v.

ROBERT HALF INTERNATIONAL, INC., ALISON METZGER, CHELSEA DAVENPORT, SEAN CUFF, TYLER TENPAS, BENJAMIN PEKARSKY, JOHN QUILTER, BRAD MIKULICE, JUSTIN RICE, AMY PHETKANYA, and ELIZABETH DEVRIES,
Defendants.

OPINION AND ORDER
September 30, 2014

O'TOOLE, D.J.

The defendants have moved to dismiss Count II of the Amended Complaint, (dkt. no. 21) alleging a claim under Massachusetts General Laws Chapter 93A. After review of the Amended Complaint and the parties' submissions in support of and in opposition to the motion, I conclude that as a matter of pleading the allegations of Count II are sufficient. What facts may be proven and what legal conclusions may or should be drawn from those facts are not matters to be resolved on the basis of pleading alone.

Accordingly, the defendants' motion to dismiss Count II is DENIED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge